IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JONATHAN L. PATTON,

Plaintiff,

v.

WARDEN STANLEY WILLIAMS; et al.,

Defendants.

CIVIL ACTION NO.: 6:16-cv-54

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9), to which no Objections have been filed.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's action, **DISMISSES as moot** Plaintiff's Motion to Amend, (doc. 10), and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 12th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff filed a Motion to Amend on August 23, 2016. (Doc. 10.) However, his Motion to Amend does not contain any objections or even a reference to the Magistrate Judge's Report and Recommendation. Furthermore, even if the Court were to grant the Motion to Amend, Plaintiff's Amended Complaint would still be dismissed for abuse of judicial process.